UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ETHICON ENDO-SURGERY, INC., | : |
| Plaintiff, | : Civil Action No. 07-cv-00834 |
| v. | : Judge: Michael R. Barrett |
| HOLOGIC, INC. and SUROS SURGICAL SYSTEMS, INC., | : |
| Defendants. | : |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), Defendants' Hologic, Inc. and Suros Surgical Systems, Inc. (collectively "Hologic"), respectfully move for:

1. summary judgment of non-infringement of U.S. Patent No. 6,273,862

2. summary judgment of non-infringement of U.S. Patent No. 7,226,424

3. summary judgment of invalidity of U.S. Patent Nos. 6,428,487 and 6,752,768;

4. summary judgment on Plaintiff's Lanham Act Claim;

5. summary judgment on Plaintiff's Claim of Willful Infringement; and

6. summary judgment that Plaintiff is not entitled to pre-suit damages for alleged infringement of U.S. Patent Nos. 6,273,862; 7,226, 424; 6,428,487 and 6,752,768 for failure to comply with the requirements of 35 U.S.C. § 287.

For the reasons set forth in its accompanying Memorandum, Hologic requests that the Court grant its Motion for Summary Judgment.

        Respectfully submitted,

        HOLOGIC, INC. and SUROS SURGICAL SYSTEMS, INC.

        By their attorneys,

        By their attorneys,

        /s/ James E. Burke
James E. Burke (#0032731)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
jburke@kmklaw.com

Lisa J. Pirozzolo (admitted *pro hac vice*)
Patrick M. Callahan (admitted *pro hac vice*)
Jordan L. Hirsch (admitted *pro hac vice*)
Allyson J. Portney (admitted *pro hac vice*)
Jonathan W. Woodard (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Dated: September 18, 2009

## CERTIFICATE OF SERVICE

I certify that on September 18, 2009, a copies of the Defendants' Motion for Summary Judgment will be sent to counsel of record by operation of the Court's electronic filing system, and copies were served on counsel of record by email and first class mail.

>David Schmit
>Frost Brown & Todd
>2200 PNC Center
>201 East 5th Street
>Cincinnati, OH 45202
>513-651-6985
>Fax: 513-651-6981
>Email: dschmit@fbtlaw.com
>
>Paul Zegger
>David Steffes
>Sidley Austin LLP
>1501 K Street N.W.
>Washington, DC 20005
>202-736-8060
>Fax: 202-736-8711
>Email: pzegger@sidley.com
>
>Sandra Bresnick
>Sidley Austin LLP
>787 Seventh Avenue
>New York, NY 10019
>212/839-5646
>Fax: 212/839-5599
>Email: sbresnick@sidley.com

                                                     /s/ Jonathan Woodard
                                                     Jonathan Woodard

Dated: September 18, 2009